IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWNY BRYCE SAVAGE,

     Petitioner,

v.                                   4:19cv109–WS/CAS

WARDEN,

     Respondent.

_____

## ORDER DISMISSING PETITIONER'S SECTION 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) dated October 7, 2019. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.

On October 11, 2019, the petitioner's copy of the report and recommendation was returned to the clerk's office by the United States Postal Service, stamped "Return to Sender; Forwarding Time Expired." Although it is her responsibility to do so, the petitioner has not provided the court with a current

address. Moreover, a search of the Bureau of Prison's website reveals that the petitioner was released from custody on October 1, 2019. It thus appears that this habeas action, wherein the petitioner seeks a reduction in sentence, is moot.

Upon review of the record, this court has determined that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

4. A certificate of appealability is DENIED.

5. The respondent's motion to dismiss (ECF No. 10) is DENIED as moot.

DONE AND ORDERED this ___15th___ day of ___October___, 2019.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE